Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

BRENDA COLBURN MARSH                         CASE NO. 14-70068-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 6684 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  4/9/2014   Orig. Time:   11:00 AM        Reset Date:            Reset Time:

  B. Meeting Results:        Adjourned

  C. Debtor(s):   Debtor 1 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of      4/9/2014   $190.00      First Payment Due Date:      4/6/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:      B22C Form is:     Incomplete

    Budgeted Income:   $2,392.25   Expense:      $2,202.25   Surplus:   $190.00

    Plan Payment:   $190.00  Monthly                                Plan Term(Months):   36

  I. Value of Non-Exempt Property:      $0.00   Proposed Amount to Unsecured Creditors:      $0.00

    ___ Objection to Exemption of:

    ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   99-70590-13

    ___ Object to Invoke Stay Pleading

    ___ Case Converted from Chapter 7, Bar Date Set:      7/8/2014    Date Converted from Chapter 7:

  J. Required Information:   Income records  9/1/13 - 2/28/14

  K. Business Information:

  L. Object to Confirmation:      Yes

       22c can't be verified until all income records are provided
       Sch I can't be verified until all income records are provided
       Failure to include all disposable income

  M. Financial Management Class:    Debtor 1 Appeared

  N. Eligibility:

       Certificate of Credit Counseling Filed:   Debtor 1 Only

       Credit Counseling Provider Approved:                 Yes

       Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):      No

  O. Domestic Support Obligation:      $0.00   Current:            Arrears:      $0.00

       Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:    MTD
              -Income records 9/1/13 - 2/28/14
                -Internet printout of bank activity for 2/1-2/27/14 isn't enough.
              -WW Directive
              Questions
                -22c can't be verified until all income records are provided
                -Need 9/1/13 - 2/28/14 not just internet printout of bank activity for 2/1-2/27/14
                -Fails to include $2,753 tax credit received 2/26/14 & bank deposits $555 in Feb alone
              WFISD ending September 2013 & SS for 2 grand son's & foster care payment for another grandson
                -Sch I can't be verified until all income records are provided
                -Need 9/1/13 - 2/28/14 not just internet printout of bank activity for 2/1-2/27/14
                -Ms. employed or have income other than SS death benefit & foster care income?

Walter O'Cheskey

Chapter 13 Trustee

6308 Iola Avenue   Lubbock, TX 79424

(806) 748-1980 Phone     (806) 748-1956 Fax

Just the 2 SS & 1 foster care now
-Failure to include all disposable income

Dated:    <u>4/9/2014</u>

<u>/s/ Walter O'Cheskey</u>

Standing Bankruptcy Trustee

By:        Brent Hagan

| Case Number: | 14-20068 |
|---|---|
| Debtor: | Marsh |
| Attorney: | White |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 4/4/2014 13:23 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Western Shamrock | $895.00 | 5.50% | 12 | $76.82 | $921.89 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| **Attorney Fees**      Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
| **Noticing Fees** | $79.20 | | | | $79.20 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $500.00 | | | |
| Less Trustee Fees | $50.00 | | | |
| Less Attorney Fees | $3,176.00 | | | |
| Less Noticing Fees | $79.20 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $22,821.80 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $4,632.41 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $6,840.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $2,207.59 |

**Comments:**